1 | [SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS THANOS, M.D., | ) Case No.:  4:15-cv-02514-JSW |
| Plaintiff, | ) **UNCONTESTED REQUEST AND** |
| v. | ) **[PROPOSED] ORDER FOR** |
| | ) **CONTINUANCE OF CASE** |
| Defendants, | ) **MANAGEMENT CONFERENCE** |
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, et al. | ) **Date:**   March 18, 2016 |
| | ) **Time:**   10:00 a.m. |
| | ) **Ctrm:**   5 (2nd Floor) |
| | ) **Judge:**  Hon. Jeffrey S. White |
| | ) State action filed: July 7, 2015 |

## UNCONTESTED REQUEST FOR CONTINUANCE

Plaintiff Nicholas Thanos, M.D. hereby requests this Court to continue the Case Management Conference scheduled on March 18 by 60 days, in order to let Plaintiff engage in more discovery before engaging in private mediation with Defendants.

The parties currently have a private mediation scheduled on March 2, 2016.

However, Plaintiff believes that mediation will not be productive until he has a chance to depose two key witnesses in his case, Kellie Scovil and Michael Stirlacci, located at Defendants' offices in Western Massachusetts.  By continuing the Case Management Conference by 60 days, Plaintiff will be able to take both depositions and also engage in private mediation with Defendants prior to appearing for the Case Management Conference.  On February 17, Plaintiff discussed this discovery plan with Defendants' attorney John David Collins and he agreed that Defendants would not contest Plaintiff's request for continuance.

Dated: February 17, 2016					Respectfully submitted,


							By:____/s/ Eric Whitehead_____
							Ray Bourhis, Esq. SBN 53196
							Eric Whitehead, Esq. SBN 301449
							RAY BOURHIS ASSOCIATES
							12 Funston Avenue
							San Francisco, CA 94129
							Tel: (415) 392-4660
							Fax: (415) 421-0259
							RFBourhis@gmail.com
							Eric.Whitehead@RayBourhis.com

							Attorneys for Plaintiff, Nicholas Thanos M.D.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

PURSUANT TO PLAINTIFF'S REQUEST, IT IS HEREBY ORDERED that the Case Management Conference is continued from Friday, March 18, 2016 at 10:00 a.m. by 60 days.  The parties agree to engage in private mediation prior to this date. The case management conference is continued to June 3, 2016 at 11:00 a.m.  The parties shall file the joint case management statement no later than five court days prior to the conference.

Dated: February 18, 2016

_____
Hon. Jeffrey S. White
United States District Judge