1  RAY BOURHIS (SBN 53196)
   ERIC WHITEHEAD (SBN 301449)
2  RAY BOURHIS ASSOCIATES
   12 Funston Ave
3  San Francisco, CA 94129
   Tel: (415) 392-4660
4  Facsimile: (415) 421-0259
   E-Mail:      rfbourhis@gmail.com
5               eric.whitehead@raybourhis.com
   Attorneys for Plaintiff
6
7  JEFFREY M. GRANTHAM (*Admitted Pro Hac Vice*)
   JOHN DAVID COLLINS (*Admitted Pro Hac Vice*)
8  MAYNARD, COOPER AND GALE, P.C.
   1901 6th Avenue North
9  2400 Regions/Harbert Plaza
   Birmingham, Alabama 35203
10 Phone: 205.254.1104
   Fax: 205.254.1999
11 E-mail:      jgrantham@maynardcooper.com
                jcollins@maynardcooper.com
12 Attorneys for Defendants

13 DYLAN D. RUDOLPH (SBN 278707)
14 MAYNARD, COOPER AND GALE, LLP
   275 Battery Street, Suite 1350
15 San Francisco, California 94111
   Telephone: (415) 591-8363
16 Facsimile: (205) 254-1999
   E-mail:      loliver@maynardcooper.com
17              drudolph@maynardcooper.com
   Attorneys for Defendants
18

19             **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
20             **SAN FRANCISCO DIVISION**

21
   NICHOLAS THANOS, M.D.,           )   CASE NO. 4:15-CV-02514-JSW
22                                  )            ~~3~~
             Plaintiff,             )   **JOINT STIPULATION OF DISMISSAL**
23                                  )   **WITH PREJUDICE AND [PROPOSED]**
        vs.                         )   **ORDER**
24                                  )
   BERKSHIRE LIFE INSURANCE COMPANY )
25 OF AMERICA, GUARDIAN LIFE        )
   INSURANCE COMPANY OF AMERICA,    )   Hon Jeffrey S. White
26 and DOES 1-50,                   )
                                    )
27           Defendants.            )
                                    )
28

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Nicholas Thanos, M.D., by and through his undersigned counsel, and Defendants Guardian Life Insurance Company of America, and Berkshire Life Insurance Company of America, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully submitted this  27  day of May 2016,


**RAY BOURHIS & ASSOCIATES**                **MAYNARD, COOPER & GALE, P.C.**

By: /s/ *Eric Whitehead*                                By: /s/ *John David Collins*
Eric Whitehead                                          John David Collins

Attorney for Plaintiff NICHOLAS              One of the Attorneys for BERKSHIRE LIFE
THANOS, M.D.                                            INSURANCE COMPANY OF AMERICA
                                                        and THE GUARDIAN LIFE
                                                        INSURANCE COMPANY OF AMERICA


In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: May 27, 2016                                By: /s/ *Eric Whitehead*
                                                        Eric Whitehead
                                                        Attorney for Plaintiff
                                                        Nicholas Thanos, M.D.

Case No.   3:15-CV-02514-JSW
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

**~~PROPOSED~~ ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: __May 27, 2016__, 2016            By: _____
                                                                    Hon. Jeffrey S. White
                                                                    United States District Judge